OPINION — AG — ** PARENT ENTITY — OPEN MEETING ACT — COMPETITIVE BIDS ** WHEN A SUBORDINATE ENTITY REVIEWS AND ELIMINATES BIDS FOR CONTRACTS FROM CONSIDERATION BY A PARENT ENTITY THEN THE SUBORDINATE ENTITY IS EXERCISING ACTUAL OR DE FACTO DECISION MAKING AUTHORITY AND IS SUBJECT TO THE OPEN MEETING LAW. (ADVISORY COMMITTEES, SUBCOMMITTEES, REVIEW COMMITTEES, DE FACTO) CITE: 25 O.S. 301 [25-301] — 25 O.S. 314 [25-314] (RICHARD MILDREN)